USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: December 9, 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

SVETLANA BRAYNINA, *et al.*,

                Plaintiffs,      15 Civ. 5897 (KPF)

       v.                                ORDER

THE TJX COMPANIES, INC.,

                Defendant.

------------------------------------------------------X

KATHERINE POLK FAILLA, District Judge:

As discussed during the pre-motion conference held on December 8, 2015, the parties shall adhere to the following schedule:

- Plaintiffs shall file an amended complaint by December 31, 2015;
- Defendant shall file its proposed motion to dismiss by February 1, 2016;
- Plaintiffs shall file their opposition by March 4, 2016; and
- Defendant shall file its reply by March 18, 2016.

SO ORDERED.

Dated:    December 9, 2015
             New York, New York

                                                            KATHERINE POLK FAILLA
                                                        United States District Judge