UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SVETLANA BRAYNINA and INGA
GUREVICH, individually and on behalf of all
others similarly situated,

                Plaintiffs,

-against-

TJX COMPANIES, INC.,

                Defendant.
-----------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/26/16
```

15 CIVIL 5897 (KPF)

**JUDGMENT**

    Defendant having moved to dismiss Plaintiff's Second Amended Complaint (the "SAC"), claiming that it fails to state a claim upon which relief can be granted, and the matter having come before the Honorable Katherine Polk Failla, United States District Judge, and the Court, on September 26, 2016, having rendered its Opinion and Order granting Defendant's motion to dismiss and directing the Clerk of Court to close this case, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 26, 2016, Defendant's motion to dismiss is hereby granted; accordingly, the case is closed.

Dated:  New York, New York
         September 26, 2016

                                              **RUBY J. KRAJICK**

                                              Clerk of Court

                          BY:

                                                Deputy Clerk